UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES CLARK                                                                                          PLAINTIFF

V.                                                                        CIVIL ACTION NO. 4:07CV55 DPJ-JCS

WM RECYCLE AMERICA, ET AL.                                                            DEFENDANTS

## JUDGMENT

For the reasons given in the Court's Memorandum Order and Opinion, Defendants' motion for summary judgment is granted.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2009.

                                                     s/ *Daniel P. Jordan III*
                                                    UNITED STATES DISTRICT JUDGE